Argued July 12, affirmed July 30, 1965

IN THE MATTER OF THE ESTATE OF
ALFRED STEINER, DECEASED
JENNI ET AL *v.* CLOSTERMANN
404 P. 2d 241

*Adelbert G. Clostermann,* Portland, argued the cause for appellant. With him on the briefs was T. Walter Gillard, Portland.

*Peter A. Schwabe, Sr.,* Portland, argued the cause for respondents. With him on the brief was Peter A. Schwabe, Jr., Portland.

Before McALLISTER, Chief Justice, and PERRY, SLOAN, O'CONNELL and LUSK, Justices.

**PER CURIAM.**

This is an appeal by the defendant from a decree settling his account as administrator and ordering the distribution of the estate. The decree, which was entered after numerous hearings, surcharged the defendant's account with certain minor items of unreported income, disallowed certain items of expense claimed by defendant, fixed defendant's fee and enjoined him from making any additional charge to decedent's heirs, settled the amount due from the defendant and ordered it paid to the attorney for the domiciliary administrator in Switzerland.

We find that the appeal is devoid of merit, and affirm the decree of the lower court, including the allowance of interest on the amount owing by the defendant. We allow costs to the respondents and direct that no part of the cost of this appeal shall be charged against the decedent's estate.

The mandate of this court shall issue forthwith.